OPINION — AG — ** FREE FAIR BOARD — CONTRACTS — COMPETITIVE BIDS ** (1) IT WOULD SEEM ADVISABLE AND BETTER BUSINESS PRACTICE FOR BOARDS OF DIRECTORS OF COUNTY FREE FAIR ASSOCIATIONS OPERATING UNDER THE PROVISIONS OF 2 O.S. 104 [2-104](A) — 2 O.S. 104 [2-104](M) TO SUBMIT CONTRACTS FOR THE ERECTING AND/OR REPAIR OF FREE FAIR BUILDINGS TO COMPETITIVE BIDDING. (2) THIS DOES NOT MEAN, OF COURSE, THAT SUCH BOARD ARE `NOT' REQUIRED TO COMPLY WITH ANY AND ALL STATUTES RELATING, GENERALLY, TO PUBLIC CONTRACTS AND CONTRACTS GENERALLY, BEING MADE UPON BEHALF OF COUNTIES (SUCH AS 62 O.S. 310.1 [62-310.1] — 62 O.S. 310.7 [62-310.7] [62-310.7], WHERE "BUDGET APPROPRIATION ACCOUNTS AS DEPARTMENTALIZED AND APPROPRIATED BY THE COUNTY EXCISE BOARD" ARE INVOLVED, AND 61 O.S. 1 [61-1] — 61 O.S. 8 [61-8] [61-8] FOR EXAMPLE). (BIDS, CONTRACTS, LETTING, BIDS) CITE: 62 O.S. 310.1 [62-310.1], 61 O.S. 1 [61-1], 19 O.S. 339 [19-339], 2 O.S. 104 [2-104](M), 2 O.S. 104 [2-104](D), 2 O.S. 104 [2-104](A) (JAMES C. HARKIN)